RECEIVED
JUN 30 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**United States District Court**
**For the Eastern District of Missouri**

# COVER LETTER

**Alison (Ali) Graeff**
*Plaintiff Pro Se*

**4:22-cv-00682- SEP**

**V**

**U.S. Election Assistance Commission et al.**

*Defendant(s)*

## Submission of Evidentiary Documents

The attached new evidence has been obtained through Freedom of Information Act (FOIA) request (No. 22-00066): received on 6/30/22.

The admission by the EAC that NTS laboratory was unaccredited per their records is relevant to Plaintiffs Complaint, insert evidence as "Exhibit **Z" relevant to** page 16, line 402-421.

Alison Graeff
6.30.22

U.S. Election Assistance Commission
633 3rd Street NW, Suite 200
Washington, DC 20001

VIA EMAIL

June 30, 2022

Ali Graeff
alimariegraeff@gmail.com

Greetings:

This acknowledges the U.S. Election Assistance Commission's receipt of your Freedom of Information Act request (No. 22-00066):

> "Please provide an electronic copy of the NTS Huntsville Laboratory Certificate of Accreditation from the EAC for the dates of 2015-2017."

The EAC does not possesses records responsive to your request.

This letter completes the response to your request. If you interpret any portion of this response as an adverse action, you may appeal this action to the Election Assistance Commission. Your appeal must be in writing and sent to the address set forth below. Your appeal must be postmarked or electronically transmitted within 90 days from the date of the acknowledgment to your request. Please include your reasons for reconsideration and attach a copy of this and subsequent EAC responses.

U.S. Election Assistance Commission
FOIA Appeals
633 3rd Street NW, Suite 200
Washington, DC 20001

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you have any questions please contact my office at your convenience.

Sincerely,

Camden Kelliher

U.S. Election Assistance Commission
633 3rd Street NW, Suite 200
Washington, DC 20001

Camden Kelliher, Associate Counsel
U.S. Election Assistance Commission
ckelliher@eac.gov