UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Alison (Ali) Graeff,<br><br>PLAINTIFF,<br><br>v.<br><br>United States Election Assistance Commission, *et al.*,<br><br>DEFENDANTS. | Case No. 4:22-CV-00682-RLW |

**DEFENDANT JOHN R. ASHCROFT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant John R. Ashcroft, by and through counsel, moves to dismiss the First Amended Complaint for failure to state a claim. Fed. R. Civ. P. 12(b)(6). The grounds in support of dismissal are contained in the contemporaneously filed Combined Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction and in Support of Defendant Ashcroft's Motion to Dismiss.

Respectfully submitted by,

**John R. Ashcroft**
**Secretary of State of Missouri**

*/s/ Catherine Dierker* #70025(MO)
Catherine Dierker
Secretary of State's Office
600 W. Main St.
Jefferson City, MO 65101
Tel. (573) 522-4843
catherine.dierker@sos.mo.gov

**Counsel for Defendant John R. Ashcroft**

**Certificate of Service**

The undersigned hereby certifies that on August 12, 2022, a copy of this Motion has been served via U.S. Mail, postage pre-paid, to Plaintiff at the following address:

Alison Graeff
519 N. 6th St.
St. Charles, MO 63301.

*/s/ Catherine Dierker*